IMAGE NOT AVAILABLE